IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY LEEPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1091-E-BN |
| | § | |
| CARTE BLANCHE, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DISMISSES the complaint without prejudice to Plaintiff Jeremy Leeper's ability to file an amended complaint no later than **21 days** after entry of this order.[1]  **This is not a final judgment.**

Failure to file a timely amended complaint will result in entry of final judgment dismissing this lawsuit with prejudice without further notice from the Court.

SO ORDERED this 15th day of August , 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that Plaintiff filed a Complaint for Violation of Civil Rights on July 27, 2023—without leave of Court. (ECF No. 11); see N.D. Tex. Loc. R. 15.1. This July 27, 2023 Complaint remains stricken and unfiled, and the Court shall not consider it as an amended complaint.