IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY LEEPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1091-E-BN |
| | § | |
| CARTE BLANCHE, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge David L. Horan entered findings of fact and conclusions of law on June 11, 2024, recommending that the Court deny without prejudice Plaintiff Jeremy Leeper's June 8, 2024 motion for default judgment [Dkt. No. 37] and deny his June 10, 2024 motion for emergency preliminary injunctive relief [Dkt. No. 38] (the "FCR") [Dkt. No. 41]. The next day, Leeper filed a motion for reconsideration, *see* Dkt. No. 42, which the Court will construe as objections to the FCR.

The Court reviewed *de novo* those portions of the FCR to which objection was made and reviewed the remaining proposed portions for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. [Dkt. No. 41]. The Court therefore **DENIES WITHOUT PREJUDICE** the June 11, 2024 motion for default judgment [**Dkt. No. 37**] and **DENIES** the June 10, 2024 motion for emergency preliminary injunctive relief [**Dkt.**

**No. 38**] and the motion for reconsideration [**Dkt. No. 42**].

    SO ORDERED this 12th day of July, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE