IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY LEEPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1091-E |
| | § | |
| CARTE BLANCHE, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On January 28, 2025, the United States Magistrate Judge made findings, conclusions, and a recommendation in this case (FCR). (ECF No. 51). The FCR recommends:

> The Court should deny Plaintiff Jeremy Leeper's requests for default judgment [Dkt. Nos. 40 & 43] and, unless he shows through timely objections a basis to amend to allege a plausible claim, the Court should dismiss this lawsuit with prejudice.

(ECF No. 51 at 15). Objections were timely filed. (ECF No. 52). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

On February 17, 2025, Leeper filed "Plaintiff's Third Amended Complaint," which the Court construes as a motion for leave to file a third amended complaint.

(ECF No. 56). The Court **DENIES** leave to file this Third Amended Complaint. (ECF No. 56). Having accepted the United State Magistrate Judge's FCR, no claims remain. The Court shall follow with a final judgment.

**SO ORDERED on this 18th day of February, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE